**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 593 EAL 2018

                         Respondent   :

                                   :   Petition for Allowance of Appeal from

                                   :   the Order of the Superior Court

               v.                       :

                                   :

KEITH B. COX,                    :

                                   :

                    Petitioner      :


## ORDER


**PER CURIAM**

      **AND NOW**, this 23rd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.